PFE/DCG: August 2022
GJ#33

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. |
| | ) |
| RANDY EUGENE COFIELD | ) |

## INDICTMENT

**COUNT ONE:** [18 U.S.C. § 2113(a)]

The Grand Jury charges:

That on or about the 6th day of April 2022, in Calhoun County, within the Northern District of Alabama, the defendant,

**RANDY EUGENE COFIELD,**

did, by force and violence, and by intimidation, take from the person and presence of another, that being, B.Y., approximately three thousand dollars ($3000.00), belonging to and in the care, custody, control, management, and possession of Noble Bank and Trust, located in, Oxford, Alabama, the accounts of which were then insured by the Federal Deposit Insurance Corporation (FDIC), in violation of Title

18, United States Code, Section 2113(a).

A TRUE BILL

*/s/Electronic Signature*
_____
FOREPERSON OF THE GRAND JURY

                                              PRIM F. ESCALONA
                                              United States Attorney

                                              */s/Electronic Signature*
                                              _____
                                              DARIUS C. GREENE
                                              Assistant United States Attorney